IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J. EDISON ADAMS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-5926 |
| | : | |
| STATE FARM FIRE AND CASUALTY COMPANY | : : | |

**ORDER**

AND NOW, this 11th day of July 2025, upon consideration of Defendant State Farm Fire and Casualty Company's Motion to Dismiss Amended Complaint (ECF No. 12), Plaintiffs J. Edison Adams and Janice Adams's response in opposition thereto, and State Farm's reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is GRANTED. Janice Adams's claims against State Farm in the Amended Complaint are DISMISSED without prejudice. Plaintiffs are granted leave to file a Second Amended Complaint on or before August 11, 2025. If Plaintiffs do not wish to file a Second Amended Complaint, they shall so notify the Court by August 11, 2025.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.